UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
AVAGAL HUDGINS,                                             JUDGMENT
                                                                           12-CV- 5310 (NGG)
                          Plaintiff,

    -against-

CARIBBEAN SPOTLIGHT INC., et al.,

                          Defendants.
---------------------------------------------------X

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 5, 2013, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated July 10, 2013; and dismissing Plaintiff's action against Defendant Caribbean Spotlight Inc. and all other Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(b); it is

       ORDERED and ADJUDGED that Plaintiff's action against Defendant Caribbean Spotlight Inc. and all other Defendants is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York                                           Douglas C. Palmer
         September 05, 2013                                       Clerk of Court

                                                           by:   */s/ Janet Hamilton*
                                                                     Deputy Clerk